# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

June 22, 2015

Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308
Capitol Station
Austin, TX  78711


      Re:  Eric DeWayne Cathey
            v. Texas
            No. 14-8305
            (Your No. WR-55,161-02)


Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.


Sincerely,

Scott S. Harris, Clerk


RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 25 2015

Abel Acosta, Clerk